IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MONIQUE CAVE, | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | NO. 10-2577 |
| v. | : | |
| | : | |
| JOHN E. POTTER, | : | |
| | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 8th day of September 2011, upon consideration of Defendant's Motion to Dismiss (Doc. No. 13) and Plaintiff's Response in Opposition (Doc. Nos. 14 & 15), and in accordance with the Opinion of this Court dated September 8, 2011, it is **ORDERED** that Defendant's Motion to Dismiss (Doc. No. 13) is **GRANTED**, the case is **DISMISSED**, and the Clerk of Court shall mark this case closed for statistical purposes.

BY THE COURT:


 /s/ Joel H. Slomsky, J.
JOEL H. SLOMSKY, J.